Opinion issued July 8, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00537-CR

NO. 01-11-00539-CR

NO. 01-11-00540-CR

———————————

In re David Lorenza Joyner, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

Relator, David Lorenza Joyner, has filed a pro se petition
for writ of mandamus, requesting that this Court compel the visiting trial
judge to rule on various motions pending in the underlying cases, including a
motion for recusal. 

We deny the
petition for writ of mandamus. 

PER CURIAM

Panel
consists of Justices Jennings, Bland, and Massengale.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          Relator has identified three
underlying cases:  State v. Joyner, Nos. 1278852, 1289755, and 1295658, in the 174th
District Court of Harris County, Texas, the Honorable F. Lee Duggan, Jr.
presiding by assignment.